## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUFUS SIMS,

    Petitioner,

  -vs-

RUSSELL PURDUE, Warden,
FCI Gilmer,

    Respondent.           No. 09-CV-279-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 24, 2012, petitioner's claims are **DISMISSED** with prejudice.

                            NANCY J. ROSENSTENGEL,
                            CLERK OF COURT

                            BY:      */s/Sara Jennings*
                                        Deputy Clerk

Dated: September 26, 2012

Digitally signed by David R. Herndon
Date: 2012.09.26 10:07:02 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT